HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JOSE ABRAHAM ORTEGA-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-CR-0151 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO SCHEDULE CHANGE OF PLEA;  ORDER |
| vs. | ) ) | |
| JOSE ABRAHAM ORTEGA-SANCHEZ, | ) ) ) ) | DATE:  March 24, 2014 TIME:   8:30 a.m. JUDGE: Hon. Lawrence J. O'Neill |
| *Defendant.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Mia Giacomazzi, counsel for plaintiff, and Assistant Federal Defender, Jeremy Kroger, counsel for defendant Jose Abraham Ortega-Sanchez, that a **Change Of Plea hearing be scheduled for March 24, 2014 at 8:30 a.m. before the Honorable Judge Lawrence J. O'Neill.**

Counsel for defendant, Mr. Ortega-Sanchez, requests this hearing because Mr. Ortega-Sanchez has decided to enter a guilty plea to the charges in the Indictment.  The requested continuance will therefore conserve time and resources for counsel and the Court.

The parties agree that time shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  February 10, 2014 | /s/ Mia Giacomazzi<br>Mia Giacomazzi<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  February 10, 2014 | /s/ Jeremy Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE ABRAHAM ORTEGA-SANCHEZ |

## **O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   **February 10, 2014**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE