# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ORTEGA-SANCHEZ,<br><br>Defendant. | CASE NO. 1:13-CR-00151-LJO-SKO-1<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR COUNSEL PURSUANT TO GENERAL ORDER 563; AND SETTING INITIAL BRIEFING SCHEDULE<br><br>(ECF NO. 18) |

On June 27, 2016, Petitioner Jose Ortega-Sanchez filed a *pro se* "Abridged Motion to Vacate, Set Aside Criminal Conviction and Sentence" (ECF No. 18), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"). In his Section 2255 Motion, Petitioner asserts that *Johnson v. United States*, 135 S. Ct. 2551 (2015), may impact the length of his sentence. *See* ECF No. 18. Petitioner also makes a "request for Appointment of Counsel" to aid him in supplementing his motion. *See id.*

To efficiently process petitions under *Johnson* and *Welch* and under Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter, pursuant to the provisions of the Criminal Justice Act, Title 18 of the United States Code § 3006A(a)(1) and (c). Accordingly, **IT IS HEREBY ORDERED** that the FDO shall have until **September 16, 2016** to file an appropriate notice electing to withdraw the motion, **or** proceed with the understanding that the Court will construe the motion as one brought under 28 U.S.C. § 2255, **or** amend/supplement the motion **or** to notify the Court that it does not intend to file any supplement to the motion. Upon the FDO's filing, the Court will issue an order setting an appropriate briefing schedule.

The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.
IT IS SO ORDERED.

Dated:   **August 1, 2016**           /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE