HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
JOSE ORTEGA-SANCHEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE ORTEGA-SANCHEZ,<br><br>  Defendant. | Case No. 1:13-cr-0151 LJO<br><br>MOTION FOR EXTENSION OF TIME TO EITHER FILE A SUPPLEMENT TO DEFENDANT'S § 2255 MOTION OR NOTIFY THE COURT THAT IT DOES NOT INTEND TO FILE A SUPPLEMENT; ORDER |

Pursuant to Eastern District of California General Order 563, the Federal Defender's Office (FDO) is appointed to represent Mr. Ortega-Sanchez on a motion for relief under *Johnson v. United States,* 135 S.Ct. 2551 (2015).  Pursuant to the Court's Order the FDO had until today, September 16, 2016, to either file a supplement to defendant's § 2255 motion or notify the court that it does not intend to file a supplement.  On September 13, 2016, the Federal Defender for the Eastern District of California, Heather E. Williams, notified the undersigned that she has been in contact with Mr. Ortega-Sanchez's wife.  In order to ensure that the FDO has sufficient time to research the issues raised in that phone call, the FDO is requesting a fourteen day extension to either file a supplement to defendant's § 2255 motion or notify the court that it does not intend to file a supplement.

Dated:  September 16, 2016          Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  FEDERAL DEFENDER

                                                  */s/ Peggy Sasso*
                                                  PEGGY SASSO
                                                  Assistant Federal Defender
                                                  Attorney for JOSE ORTEGA-SANCHEZ

# O R D E R

**IT IS HEREBY ORDERED** that defendant's motion for a fourteen day extension is granted.  The Office of the Federal Defender shall have until **September 30, 2016** to file an appropriate notice electing to withdraw the motion, **or** proceed with the understanding that the court will construe the motion as one brought under § 2255 **or** amend/supplement the motion **or** to notify the court that it does not intend to file a supplement to the motion.  Upon the FDO's filing, the Court will issue an order setting an appropriate briefing schedule.

IT IS SO ORDERED.

    Dated:   **September 19, 2016**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE