# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　v.<br><br>JOSE ORTEGA-SANCHEZ,<br><br>　　　　　Petitioner. | CASE NO. 1:13-CR-00151-LJO-SKO-1<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION TO TERMINATE COUNSEL AND GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>(ECF Nos. 20, 23, 26) |

On June 27, 2016, Petitioner Jose Ortega-Sanchez filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence, pursuant to Title 28, United States Code, Section 2255 ("§ 2255"). ECF No. 18. On August 2, 2016, the Court referred the matter to the Federal Defender's Office (the "FDO"), giving the FDO time in which to file a supplement to the Section 2255 motion or file a notice declining to do so. *See* ECF No. 28. The Court also granted the FDO's request for an extension of time, which it had made to ensure that it had sufficient time to research the issues raised in a phone call with Petitioner's wife. ECF No. 22.

Now before the Court is Petitioner's "Motion for Termination of Counsel and Motion for Extension of Time," filed September 19, 2016, in which he seeks to proceed without the assistance of counsel and for the Court grant him a 90-day extension to supplement his pending § 2255 motion. ECF No. 23. Petitioner renewed this Motion on October 6, 2016, and requested a 30-day extension to file a supplement. ECF No. 26.

In light of the notice filed by the Federal Defender's Office on September 30 2016, *see* ECF No. 23, the referral of the pending motion to vacate, set aside or correct sentence under 28 U.S.C. §

2255 (ECF No. 20) is **TERMINATED** and the Clerk of Court is directed to **REMOVE** the FDO as counsel for this case. As a result, Petitioner's Motion for Termination of Counsel is unnecessary and are therefore **DENIED** as moot. Moreover, the Court finds it appropriate to allow Petitioner the requested 30 days to file a supplement to his pending § 2255 motion. Therefore, the Court **GRANTS** Petitioner's Motion insofar as it requests additional time. Petitioner must file his supplement **within 30 days** of the date of this Order. Upon receipt of Petitioner's supplement, the Court will evaluate whether a response from the Government would be helpful in this case.

IT IS SO ORDERED.

Dated:   **October 7, 2016**              /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE